UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**PRIORITY SEND**

CIVIL MINUTES - GENERAL

Case No.  ED CV 00-853 -RT                     Date 8-1-2001

Title:  PAUL BUGAR, ET AL VS RELIANCE NATIONAL INSURANCE CO.

========================================================================

PRESENT:

THE HONORABLE ROBERT J. TIMLIN, JUDGE

| Lenora Pulliam | NONE |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS

   NONE                                                      None

PROCEEDINGS:   ORDER VACATING MOTION HEARING DATE RE FAILURE TO COMPLY
               WITH LOCAL RULE 7.4.1

IT IS ORDERED that the hearing date on DEFT'S MOTION FOR STAY filed on 7-31-01 and set for hearing on 9-10-01 is vacated because the moving party has failed to comply with Local Rule 7.4.1.

Before the Court will consider the motion, the moving party must file a Declaration that a Conference of Counsel ("Declaration") has been held pursuant to Local Rule 7.4.1.

If the issues raised by the motion are resolved at the Conference, the moving party shall file a Notice of Withdrawal of Motion.

If the issues have not been resolved at the Conference, the moving party shall file the required Declaration that a Conference has been held and a Notice resetting the motion on calendar.

IT IS FURTHER ORDERED that respondent on the motion need not file a response to the motion until the Declaration and Notice of resetting has been filed and served on her, him or it. The time period for filing such response, as provided in the Federal Rules of Civil Procedure and/or Local Civil Rules, will commence on the date reset for hearing the motion.

MINUTES FORM 11                    ENTER ON ICMS    Initials of Deputy Clerk LP
CIVIL - GEN                         AUG - 2 2001