ORIGINAL

Eric J. Schindler (SBN 141386)
THE SCHINDLER LAW FIRM
384 Forest Avenue, Suite 20
Laguna Beach, California 92651
Voice: 949.464.9713
Fax: 949.464.9714
Email: eric@ArtofLaw.com

Attorneys for Plaintiffs Paul Bugar and Dan Hotard

Lynn O'Leary (SBN 110365)
MUSICK, PEELER & GARRETT, LLP
One Wilshire Boulevard, Suite
Los Angeles, California 90017
Voice: 213.629.7600
Fax: 213.624.1376
Email: l.oleary@mpglaw.com

Attorneys for Defendant Reliance National Insurance Company

FILED
CLERK, U.S. DISTRICT COURT
MAY 11 2005
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

00-853-RT (SGLx)

| | |
|---|---|
| PAUL BUGAR and DAN HOTARD<br><br>Plaintiffs,<br><br>v.<br><br>RELIANCE NATIONAL INSURANCE COMPANY, a Delaware stock insurance company with a principal place of business in Philadelphia, Pennsylvania;<br><br>Defendant. | Case No. ED-CV-00853-RT-SGLx<br><br>Honorable R. Gary Klausner<br>Courtroom 850<br>Roybal Federal Building<br>255 East Temple Street, 8th Floor<br>Los Angeles, California<br><br>JOINT STIPULATION FOR ORDER DISMISSING ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER<br><br>Complaint:         11.03.00<br>1st Amended Cx:  11.14.00<br>Status Conference: 05.16.05 |

DOCKETED ON CM
MAY 12 2005

-1-

Joint Stipulation for Order Dismissing Without Prejudice
[Proposed] Order

## STIPULATION

Plaintiffs PAUL BUGAR and DAN HOTARD through undersigned counsel and Defendant RELIANCE NATIONAL INSURANCE COMPANY through undersigned counsel hereby stipulate to an order dismissing this entire action without prejudice.

SO STIPULATED:

Dated: May 9, 2005           THE SCHINDLER LAW FIRM

                             _____
                             Eric J. Schindler
                             Attorneys for Plaintiffs


Dated: May 9, 2005           MUSICK, PEELER & GARRETT, LLP




                             _____
                             Lynn O'Leary
                             Attorneys for Defendant
                             Reliance Insurance Company

-2-

*Joint Stipulation for Order Dismissing Without Prejudice*
[Proposed] Order

## ORDER

For good cause shown the court hereby orders this entire action dismissed without prejudice.

Dated: ~~April~~ May 11, 2005

_____
United States District Court Judge

Joint Stipulation for Order Dismissing Without Prejudice
[Proposed] Order

# PROOF OF SERVICE

I am employed in the county of Orange, State of California. I am over the age of 18. I am counsel of record for Plaintiffs, but not a party to this lawsuit. My office address is 384 Forest Avenue, Suite 20, Laguna Beach, California 92651. On May 10, 2005, I served the following documents described as:

**JOINT STIPULATION FOR ORDER DISMISSING ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER**

on the parties and attorneys appearing in this action by placing true copies enclosed in a sealed envelope, addressed to the following:

## SEE ATTACHED SERVICE LIST

[X]  **BY U. S. MAIL**: I am "readily familiar" with this firm's practice of collection and processing documents for mailing. Under that practice mail is deposited with the U.S. postal service on the same day with postage fully prepaid at Laguna Beach, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this affidavit.

[]   **BY PERSONAL SERVICE**: I directed true copies of these documents to be personally delivered to the parties and attorneys as listed and appearing at the Status Conference.

[]   **BY FACSIMILE**: I sent true copies of these documents by facsimile to the offices of: The transmissions were reported as complete and without error.

[]   **BY DHL WORLDWIDE EXPRESS (OVERNIGHT DELIVERY)**: I sent true copies of these documents by DHL Worldwide Express (or other comparable courier service) for next day delivery to the offices of the parties and attorneys as listed.

[X]  **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 10, 2005, at Laguna Beach, California.

S/ Joseph Walker

## SERVICE LIST

*Paul Bugar and Dan Hotard v. Reliance National Insurance Company,*
USDC CD CA Case No. ED CV 00-0853 RT (SGLx)
S☐H File No. 00.1076.001

**Attorneys for Reliance National Insurance Company:**

Lynn O'Leary, Esq
Musick, Peeler & Garrett, LLP
One Wilshire Boulevard
Los Angeles, California 90017
(Voice) 213.629.7600
(Fax) 213.624.1376